

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| v.  : | Action No. **4:07cr101** |
| **KENDA DENISE PALMER,** : | |
| **Defendant.** : | |

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT and <u>NOTICE OF SENTENCING</u>

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Count 4 of a four (4) count Indictment, is now CONDITIONALLY ACCEPTED and the defendant will be ADJUDGED GUILTY of such offense at the sentencing.

Sentencing is hereby scheduled for January 2, 2008 at 2:00 p.m.

The Clerk is DIRECTED to forward a copy of this Order to counsel for defendant and to the Assistant United States Attorney.

IT IS SO ORDERED.

/s/
Walter D. Kelley, Jr.
United States District Judge

Norfolk, Virginia
October 19, 2007

